McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
ELLEN V. ENDRIZZI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES HEAD, JEREMY MICHAEL HEAD,<br>ELHAM ASSADI,<br>aka Elham Assadi Jouzani,<br>aka Ely Assadi,<br>LEONARD BERNOT, AKEMI BOTTARI,<br>JOSHUA COFFMAN,<br>JOHN CORCORAN,<br>aka Jack Corcoran,<br>SARAH MATTSON, DOMONIC McCARNS,<br>ANH NGUYEN, OMAR SANDOVAL,<br>XOCHITL SANDOVAL, EDUARDO VANEGAS,<br>ANDREW VU, JUSTIN WILEY,<br>and KOU YANG,<br><br>Defendants. | No.<br><br>2:08-CR-0093 FCD<br><br>VIOLATIONS: 18 U.S.C. § 371 - Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341 - Mail Fraud (11 Counts); 18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering<br><br>SEALED |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 371 - Conspiracy to Commit Mail Fraud]

The Grand Jury charges:

CHARLES HEAD,
JEREMY MICHAEL HEAD,
ELHAM ASSADI, aka Elham Assadi Jouzani, aka Ely Assadi,
LEONARD BERNOT,

AKEMI BOTTARI,
JOSHUA COFFMAN,
JOHN CORCORAN, aka Jack Corcoran,
SARAH MATTSON,
DOMONIC McCARNS,
ANH NGUYEN,
OMAR SANDOVAL,
XOCHITL SANDOVAL,
ANDREW VU,
JUSTIN WILEY, and
KOU YANG,

defendants herein, as follows:

## I. INTRODUCTION

1. Beginning at a date no later than on or about January 1, 2004, and continuing to at least March 14, 2006, in the State and Eastern District of California and elsewhere, the defendants conspired to target homeowners in financial distress and perpetrate a "foreclosure rescue" scam. As part of the agreed to scheme and artifice to defraud, the defendants contacted homeowners near foreclosure, and made varying material misstatements and omissions to assure homeowners that they would be able to help them avoid foreclosure, keep their homes, and repair their damaged credit. Further, as a part and result of the scheme and artifice to defraud, the defendants also paid straw buyers who were added to or replaced the homeowners on the titles to the properties, often without the homeowners' knowledge; the defendants immediately applied for mortgages to extract the maximum available equity from the homes; the defendants shared the proceeds of the equity stripping and the "rents" the victim homeowners paid to the defendants based on the material misrepresentations that such payments would repair the homeowners' credit; and, when the defendants chose to sell the homes, stop making mortgage payments, and/or pursue eviction

proceedings, those victim homeowners were left without homes, equity, or repaired credit.

## II. PARTIES, PERSONS AND ENTITIES

A. Head Financial Services and Creative Loans

2. On or about August 15, 2001, defendant CHARLES HEAD incorporated, and caused to be incorporated, Head Financial Services, Inc. (HFS), in the State of California. A corresponding bank account for HFS was opened at Pacific Mercantile Bank on or about August 26, 2004.

3. On or about January 30, 2002, defendant CHARLES HEAD filed, and caused to be filed, with the State of California, multiple fictitious business names for HFS, one of which was Dynasty Realty Group. Defendant CHARLES HEAD, other defendants, and others known and unknown to the Grand Jury claimed Dynasty Realty Group as a place of employment on loan application forms.

4. On or about June 15, 2004, defendant CHARLES HEAD created, and caused to be created, a limited liability company, Creative Loans, LLC (Creative Loans), in the State of California. A corresponding bank account for Creative Loans was opened at Pacific Mercantile Bank on or about October 12, 2004.

5. At times relevant to this Indictment, defendant JEREMY MICHAEL HEAD, defendant CHARLES HEAD's brother, and defendants ELHAM ASSADI, LEONARD BERNOT, AKEMI BOTTARI, JOSHUA COFFMAN, ANH NGUYEN, OMAR SANDOVAL, XOCHITL SANDOVAL, ANDREW VU, and JUSTIN WILEY were employees of HFS.

6. At times relevant to this Indictment, defendants DOMONIC McCARNS and KOU YANG were employees of HFS and Creative Loans.

7. At times relevant to this Indictment, defendant JOHN CORCORAN was an accountant for HFS and Creative Loans.

B. Other Business Entities Used in the Scheme to Defraud

8. On or about December 31, 2003, defendant JEREMY MICHAEL HEAD created, and caused to be created, a limited liability company, Financial Enterprises, LLC (Financial Enterprises), in the State of California. A corresponding bank account was created for this entity at Bank of America on or about April 12, 2004.

9. At times relevant to this Indictment, defendant SARAH MATTSON was an employee and manager of Financial Enterprises.

10. On or about April 14, 2004, defendant AKEMI BOTTARI created, and caused to be created, a limited liability company, Dynamic Partners LLC (Dynamic Partners), in the State of California. A corresponding bank account was opened at Wells Fargo Bank on or about April 30, 2004.

11. On or about May 20, 2004, defendant JOSHUA COFFMAN created, and caused to be created, a limited liability company, Matrixx Investment Group, LLC (Matrixx), in the State of California. A corresponding bank account was opened at Bank of America on or about June 11, 2004.

12. On or about June 4, 2004, defendant LEONARD BERNOT incorporated, and caused to be incorporated, Loan Foreclosure Help, Inc. (Loan Foreclosure Help), in the State of California. A corresponding bank account was opened at Citibank on or about November 12, 2004.

13. On or about June 15, 2004, defendant ANH NGUYEN created, and caused to be created, a limited liability company,

Paragon Financial Group, LLC (Paragon), in the State of California. A corresponding bank account was opened at Citibank on or about September 16, 2004.

14. On or about June 15, 2004, defendant OMAR SANDOVAL created, and caused to be created, a limited liability company, Statewide Financial Group, LLC (Statewide), in the State of California. A corresponding bank account was opened at Bank of America on or about November 5, 2004.

15. On or about November 2, 2004, defendant JUSTIN WILEY created, and caused to be created, a limited liability company, Main Line Investment Group, LLC (Main Line), in the State of California. Two corresponding bank accounts were created for this entity at Bank of America, and they both were opened on or about November 9, 2004.

16. On or about November 30, 2004, defendant ANDREW VU incorporated, and caused to be incorporated, 1st Choice Financial Network, Inc. (1st Choice), in the State of California. A corresponding bank account was opened at Washington Mutual Bank on or about August 24, 2004.

17. At all times relevant to this Indictment, defendant ELHAM ASSADI operated a business entity under the name Bridge Capital Investments (Bridge Capital). A corresponding bank account was created for Bridge Capital at Bank of America on or about October 15, 2004.

18. At times relevant to this Indictment, Nations Property Management was a management entity that aided the execution of the scheme to defraud. Defendant JOHN CORCORAN represented himself as working for this entity.

C. <u>Defendants' Additional Roles During the Scheme to Defraud</u>

19. Defendants CHARLES HEAD and ANDREW VU were brokers licensed with the State of California, and were listed as such on certain transactions.

20. Defendant JOSHUA COFFMAN was listed as a broker on at least two transactions, but has never been licensed by the State of California as a broker.

21. Defendant KOU YANG was listed as a broker on at least one transaction, but has never been licensed by the State of California as a broker.

22. Defendants SARAH MATTSON and XOCHITL SANDOVAL served as notaries on multiple transactions.

23. Defendants ELHAM ASSADI, LEONARD BERNOT, AKEMI BOTTARI, CHARLES HEAD, SARAH MATTSON, and JOSHUA WILEY were each a straw buyer on at least one transaction.

III. <u>THE CONSPIRACY</u>

24. Beginning at a date no later than on or about January 1, 2004, and continuing to at least March 14, 2006, in the State and Eastern District of California and elsewhere, defendants CHARLES HEAD, JEREMY MICHAEL HEAD, ELHAM ASSADI, LEONARD BERNOT, AKEMI BOTTARI, JOSHUA COFFMAN, JOHN CORCORAN, SARAH MATTSON, DOMONIC McCARNS, ANH NGUYEN, OMAR SANDOVAL, XOCHITL SANDOVAL, ANDREW VU, JUSTIN WILEY, and KOU YANG, together and with others known and unknown to the Grand Jury, knowingly combined, conspired, confederated, and agreed among themselves to devise and intend to devise a material scheme and artifice to defraud, and, for obtaining property and money by means of materially false and fraudulent pretenses, representations, and promises,

and for the purpose of executing such scheme and artifice to defraud, did place and cause to be placed in any post office and authorized depository for mail matter, any matter and thing, whatever to be sent or delivered by the Postal Service, and deposited and caused to be deposited any matter and thing, whatever to be sent and delivered by any private and commercial interstate carrier, and took and received therefrom, any such matter and thing, and knowingly caused to be delivered by mail and such carrier according to the direction thereon, and at the place at which it was directed to be delivered by the person to whom it was addressed, all in violation of Title 18, United States Code, Section 1341 (Mail Fraud).

25. The object of the conspiracy was for the defendants to target homeowners near foreclosure, and, through materially false and fraudulent pretenses and by making materially false and fraudulent representations and promises, obtain title in order to gain control of the property and steal any equity that existed in the home. It was further an object of the conspiracy for the defendants to mislead and lull targeted homeowners into inaction and a false sense of security so as to postpone any complaints to law enforcement or any actions by the targeted homeowners that could potentially disrupt the scheme to defraud. As a result of the aforementioned, the conspiracy acquired at least $6.7 million in equity from homeowners.

## IV. <u>MANNER AND MEANS OF THE CONSPIRACY</u>

The manner and means by which the conspiracy sought to accomplish its objectives was the following:

26. Defendant CHARLES HEAD devised the "foreclosure rescue"

scheme and artifice to defraud and he employed and trained the other defendants - using them and the business entities and bank accounts identified above in varying capacities - to execute the fraud with him.

27. Defendants, including JEREMY MICHAEL HEAD, ELHAM ASSADI, LEONARD BERNOT, AKEMI BOTTARI, JOSHUA COFFMAN, DOMONIC McCARNS, ANH NGUYEN, OMAR SANDOVAL, ANDREW VU, and JUSTIN WILEY, and others known and unknown to the Grand Jury, acted as sales agents (the "sales agent defendants") for the plan, communicating with and providing paperwork to the homeowner victims.

28. In order to initiate the scheme to defraud, the sales agent defendants typically made contact through a targeted mailing operation. They had lists of homeowners near foreclosure, and mailed postcards advertising the foreclosure rescue program to those homeowners.

29. When homeowners responded, the sales agent defendants would offer homeowners two "options" as part of the plan defendant CHARLES HEAD had devised. One offered a home refinance, for which the homeowners would never qualify, and thus was unavailable to them. The second option was an offer from an "investor", the straw buyers, to help the homeowners avoid foreclosure, keep their homes, and repair their damaged credit. Homeowners were told the investor would be responsible for paying the mortgage, liens, taxes, and other bills. Homeowners were further told that they would be responsible only for making monthly "rent" payments, to a particular defendant or entity, and those payments, they were told, would improve their credit.

30. During the process of acquiring the homes, the

defendants made materially false promises, representations, and statements to the homeowners, which included, but were not limited to:

- assurances that the homeowners would remain on title with the "investor";
- assurances that the homeowners would be able to refinance or buy back the home after an initial period;
- assurances that little or no equity would be depleted;
- assurances that the equity could be used to refinance the home at the end of the lease period; and
- assurances that the "rental" payments made by the homeowners, to the defendant or business entity, would repair their damaged credit.

31. During the process of acquiring the homes, the defendants made material omissions and failed to disclose information to the homeowners, which included, but was not limited to:

- the use of the equity;
- the fact that an additional mortgage or mortgages would be taken out on the properties;
- the fact that the defendants would not actively assist in the repair of the homeowners' credit;
- that the "investor" was often a defendant or a friend/family member of a defendant;
- the fact that the homeowners were not guaranteed an opportunity to "buy back" their homes; and
- the fact that the homeowners could be evicted from their homes with little or no warning.

32. As a further part of the conspiracy's scheme and artifice to defraud, the defendants sought to strip equity from the homes and take additional mortgages out on the homes to generate more equity to be stolen.

33. To qualify for the additional mortgages, the defendants made, and caused to be made, materially false statements on loan applications, pertaining to:

- the use of the property as a primary residence;
- occupancy agreements;
- their monthly income;
- their ownership of other properties; and
- their employment history.

34. The loan applications submitted to the lenders were purportedly verified by brokers; however, this verification was often false, as it was signed by other members of the conspiracy who knew the document contained false information.

35. At times and in order to (1) conceal the loss of title and equity, (2) perpetuate the scheme, and (3) placate the homeowners, the defendants made and caused to be made additional material false representations and material omissions.

V. <u>OVERT ACTS</u>

In furtherance of the conspiracy, and to achieve the objects thereof, the defendants, and others known and unknown to the Grand Jury, performed, among others, the following overt acts in the State and Eastern District of California and elsewhere:

36. Between in or about April 2004 and in or about May 2004, defendants JOSHUA COFFMAN and CHARLES HEAD, along with a notary, traveled to Fresno, California to meet with homeowner

S.T., and the defendants made materially false representations to the homeowner concerning her home and a purported plan to ensure that she and her husband could keep the home and avoid foreclosure.

37. On or about April 14, 2004, defendant AKEMI BOTTARI filed and caused to be filed Limited Liability Company Articles of Organization for Dynamic Partners, LLC with the California Secretary of State's Office in Sacramento.

38. Between in or about April 2004 and on or about June 15, 2004, defendant JEREMY MICHAEL HEAD traveled to Tulare, California to visit homeowner M.S., and made materially false representations to the homeowner concerning her home and a purported plan to ensure that she could keep the home and avoid foreclosure.

39. On or about June 4, 2004, defendant JUSTIN WILEY signed a four-year lease for office space for HFS.

40. In or about June 2004, defendant LEONARD BERNOT traveled to San Bernadino, California to meet with homeowner T.W., and made materially false representations to the homeowner concerning her home and a purported plan to ensure that she could keep the home and avoid foreclosure.

41. On or about June 15, 2004, defendant SARAH MATTSON executed loan documents containing material false statements and acted as a straw buyer to refinance the home of M.S., a homeowner in Tulare, California.

42. On or about June 15, 2004, defendant ANH NGUYEN filed and caused to be filed Limited Liability Company Articles of Organization for Paragon Financial Group, LLC with the California

Secretary of State's Office in Sacramento.

43. In or about September 2004, defendant OMAR SANDOVAL made materially false representations to homeowner L.M., of Tracy, California, concerning her home and a purported plan to ensure that she could keep the home and avoid foreclosure.

44. On or about October 28, 2004, defendant KOU YANG forwarded an email to defendant JEREMY MICHAEL HEAD that she had received from a mortgage company account executive indicating that the company would not fund a loan for a certain property because the applicant had "bought 5 properties within the last 6 months," which was a "red flag," and had overstated her income.

45. On or about November 12, 2004, defendant XOCHITL SANDOVAL notarized paperwork relating to victim L.M. of Tracy, California.

46. On or about November 30, 2004, defendant ANDREW VU filed and caused to be filed Articles of Incorporation for 1st Choice Financial Network with the California Secretary of State's Office in Sacramento.

47. On or about December 6, 2004, defendant ELHAM ASSADI signed a check on Bridge Capital's account for $66,783.93, payable to Creative Loans, relating to homeowner L.D.'s home in El Cerrito, California.

48. In or about January 2005, defendant JEREMY MICHAEL HEAD made materially false representations to homeowner E.S., of Porterville, California, concerning her home and a purported plan to ensure that she could keep the home and avoid foreclosure.

49. In or about March 2005, defendant DOMONIC McCARNS made materially false representations to homeowner D.R., of

Modesto, California, concerning her home and a purported plan to ensure that she could keep the home and avoid foreclosure.

50. In or about November 2005, defendant JOHN CORCORAN sent and caused to be sent a letter to L.M., a homeowner in Tracy, California, indicating she was late on her payments.

All in violation of Title 18, United States Code, Sections 371 and 2.

<u>COUNTS TWO THROUGH TWELVE</u>: [18 U.S.C. § 1341 - Mail Fraud]

The Grand Jury further charges:

CHARLES HEAD,
JEREMY MICHAEL HEAD,
LEONARD BERNOT,
JOSHUA COFFMAN,
JOHN CORCORAN, aka Jack Corcoran,
SARAH MATTSON,
DOMONIC McCARNS,
OMAR SANDOVAL, and
JUSTIN WILEY,

defendants herein, as follows:

I. <u>INTRODUCTION</u>

1. Paragraphs 1 through 23 and 26 through 35 of Count One are realleged and incorporated herein, as if fully set forth.

II. <u>THE SCHEME TO DEFRAUD</u>

2. Beginning at a date no later than on or about January 1, 2004, and continuing to at least March 14, 2006, in the State and Eastern District of California and elsewhere, defendants CHARLES HEAD, JEREMY MICHAEL HEAD, LEONARD BERNOT, JOSHUA COFFMAN, JOHN CORCORAN, SARAH MATTSON, DOMONIC McCARNS, OMAR SANDOVAL, and JUSTIN WILEY, together and with others known and unknown to the Grand Jury, did knowingly devise and intend to devise a material scheme and artifice to defraud and to obtain property and money by means of materially false and fraudulent

pretenses, representations, and promises.

III. WAYS AND MEANS

3. It was part of the scheme and artifice to defraud that the defendants undertook the actions described in the allegations set forth in paragraphs 36 through 50 of Count One of this Indictment, which allegations are realleged and incorporated herein.

4. Pursuant to the scheme to defraud, defendants CHARLES HEAD, JEREMY MICHAEL HEAD, LEONARD BERNOT, JOSHUA COFFMAN, JOHN CORCORAN, SARAH MATTSON, DOMONIC McCARNS, OMAR SANDOVAL, and JUSTIN WILEY, and others known and unknown to the Grand Jury, caused items to be sent and delivered by the Postal Service or by private commercial interstate carrier, to and from governmental entities, private citizens, various businesses in Southern California, and elsewhere.

IV. THE MAILINGS

5. On or about the dates set forth below, in the Eastern District and elsewhere, the defendants, together and with others known and unknown to the Grand Jury, for the purpose of executing such scheme and artifice to defraud, did place and cause to be placed in any post office and authorized depository for mail matter, any matter and thing whatever to be sent or delivered by the Postal Service, and deposited and caused to be deposited any matter and thing whatever to be sent and delivered by any private and commercial interstate carrier, and took and received therefrom, any such matter and thing, and knowingly caused to be delivered my mail and such carrier according to the direction thereon, and at the place at which it was directed to be

delivered by the person to whom it was addressed, all in violation of Title 18, United States Code, Section 1341 (Mail Fraud).

6. In furtherance of the scheme to defraud, the defendants, as identified, knowingly caused mailings and deliveries by the United States Postal Service or by private commercial carriers as specified below:

| COUNT | DEFENDANT(S) | DATE | FROM | TO | ITEM |
|---|---|---|---|---|---|
| 2 | CHARLES HEAD<br>JUSTIN WILEY | June 2004 | Tulare County Clerk/Recorder | Dynasty Realty 949 South Coast Dr., Suite 450, Costa Mesa, California | Grant Deed (homeowner K.J. of Visalia, California) |
| 3 | CHARLES HEAD<br>JEREMY MICHAEL HEAD<br>SARAH MATTSON | May 4, 2004 | Tulare County Clerk/Recorder | Dynasty Realty 949 South Coast Dr., Suite 450, Costa Mesa, California | Grant Deed (homeowner M.S. of Tulare, California) |
| 4 | JEREMY MICHAEL HEAD | August 9, 2004 | Homeowner M.S. of Tulare, California | Financial Enterprises | $1,600 monthly payment |
| 5 | CHARLES HEAD<br>JOSHUA COFFMAN | September 18, 2004 | Homeowner S.T. of Fresno, California | Matrixx Investment Corp. | $1,200 monthly payment |
| 6 | CHARLES HEAD | October 1, 2004 | Sacramento County Clerk/Recorder | Eduardo Vanegas 949 South Coast Dr., Suite 450, Costa Mesa, California | Grant Deed (homeowner T.T. of Sacramento, California) |
| 7 | JUSTIN WILEY | February 1, 2005 | Homeowner K.J. of Visalia, California | Main Line Investment Group Attn: Justin | $900 monthly payment |

| | | | | | |
|---|---|---|---|---|---|
| 8 | LEONARD BERNOT | March 3, 2005 | Homeowner B.D. of Sacramento, California | Leonard Bernot | $500 and $300 money orders |
| 9 | OMAR SANDOVAL | March 31, 2005 | Homeowners L.M. and J.M. of Tracy, California | Statewide Financial Group | $1,975 monthly payment |
| 10 | OMAR SANDOVAL JACK CORCORAN | November 2005 | Jack Corcoran Nations Property Management | Homeowners L.M. and J.M. of Tracy, California | Letter regarding monthly payment |
| 11 | DOMONIC McCARNS JACK CORCORAN | December 2005 | Jack Corcoran Nations Property Management | Homeowner D.R. of Modesto, California | Letter regarding monthly payment |
| 12 | JEREMY MICHAEL HEAD | January 13, 2006 | Homeowner E.S. of Porterville, California | Financial Enterprises | $1,000 monthly payment |

All in violation of Title 18, United States Code, Sections 1341 and 2.

COUNT THIRTEEN: [18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering]

The Grand Jury further charges:

CHARLES HEAD,
JEREMY MICHAEL HEAD,
ELHAM ASSADI, aka Elham Assadi Jouzani, aka Ely Assadi,
LEONARD BERNOT,
AKEMI BOTTARI,
JOSHUA COFFMAN,
JOHN CORCORAN, aka Jack Corcoran,
SARAH MATTSON,
DOMONIC McCARNS,
ANH NGUYEN,
OMAR SANDOVAL,
XOCHITL SANDOVAL,
EDUARDO VANEGAS,
ANDREW VU,
JUSTIN WILEY, and
KOU YANG,

defendants herein, as follows:

///

## I. INTRODUCTION

1. The allegations contained in paragraphs 1 through 23 and 26 through 35 of Count One of the Indictment are realleged and incorporated herein, as if fully set forth.

## II. THE CONSPIRACY

2. Beginning at a date no later than approximately January 1, 2004 and continuing through at least March 14, 2006, in the Eastern District of California and elsewhere, defendants CHARLES HEAD, JEREMY MICHAEL HEAD, ELHAM ASSADI, LEONARD BERNOT, AKEMI BOTTARI, JOSHUA COFFMAN, JOHN CORCORAN, SARAH MATTSON, DOMONIC McCARNS, ANH NGUYEN, OMAR SANDOVAL, XOCHITL SANDOVAL, EDUARDO VANEGAS, ANDREW VU, JUSTIN WILEY, and KOU YANG, knowingly combined, conspired, confederated and agreed among themselves to engage and to attempt to engage, and cause and aid and abet others in engaging, in monetary transactions affecting interstate commerce in criminally derived property and funds of a value greater than $10,000, such property and funds having been derived from specified unlawful activity, that is, mail fraud in violation of Title 18, United States Code, Section 1341, such monetary transactions being in violation of Title 18, United States Code, Sections 1956(h) and 1957.

3. As a result of the conspiracy, more than $6.7 million was wired from escrow closings to bank accounts controlled by the defendants and their respective entities.

## III. MANNER AND MEANS OF THE CONSPIRACY

In furtherance of the conspiracy, the defendants employed, among others, the following ways and means:

4. The defendants caused proceeds derived from a mail

fraud scheme - namely Grant Deeds representing an ownership of property - to be transferred from homeowners to the defendants and straw buyers controlled by the defendants.

5. Straw buyers, including defendants EDUARDO VANEGAS, SARAH MATTSON, AKEMI BOTTARI, LEONARD BERNOT, JUSTIN WILEY, ELHAM ASSADI, and XOCHITL SANDOVAL, as well as others known and unknown to the Grand Jury, with Grant Deeds in their names, did execute false loan applications prepared by them or other defendants. The defendants caused the loan papers to be submitted for mortgages containing material false statements regarding:

- monthly income;
- use as primary residence;
- occupancy agreements
- employment history;
- ~~occupancy agreements;~~ and
- other property ownership and liabilities.

6. Once the loans closed, the straw buyers, or defendants who were acting as straw buyers, would then, either of their own volition or at the direction of one or more defendants, receive the funds from the newly acquired mortgages in excess of $10,000 from the escrow company and wire and cause the wiring of these proceeds to specific bank accounts controlled by the defendants.

7. In most cases the money would be received by the specific bank accounts and then further split among the defendants.

IV. <u>OVERT ACTS</u>

In furtherance of the conspiracy, and to achieve the objects thereof, the defendants committed, among others, the following

overt acts in the State and Eastern District of California and elsewhere:

A. Sacramento Property

8. On or about October 4, 2004, defendants CHARLES HEAD and EDUARDO VANEGAS caused the transfer of title for a home in Sacramento, California, from homeowner T.T., to a straw buyer, namely, defendant EDUARDO VANEGAS.

9. On or about November 4, 2004, after title for homeowner T.T.'s property in Sacramento, California had been transferred to defendant EDUARDO VANEGAS, defendants CHARLES HEAD and EDUARDO VANEGAS caused the filing of loan applications, containing materially false information, with a mortgage company.

10. On or about November 11, 2004, defendants CHARLES HEAD and EDUARDO VANEGAS caused the wiring of $89,142.00, the proceeds of their transaction with homeowner T.T. of Sacramento, California, from Castlehead Escrow Company's Pacific Business Bank account to the Wells Fargo bank account of Meridian Financial Group, an entity created at the direction of defendant CHARLES HEAD.

B. Fresno Property

11. On or about April 15, 2004, defendants CHARLES HEAD and JOSHUA COFFMAN caused the transfer of title for a home in Fresno, California, from homeowners B.T. and S.T. to a straw buyer.

12. On or about May 11, 2004, after title for homeowners B.T. and S.T. of Fresno, California had been transferred to a straw buyer, defendants CHARLES HEAD and JOSHUA COFFMAN caused the filing of a loan application, containing materially false information, with a mortgage company.

13. On or about May 14, 2004 defendants CHARLES HEAD, JOSHUA COFFMAN, and JUSTIN WILEY caused the wiring of $95,613.43, the proceeds of their transaction with homeowners B.T. and S.T., of Fresno, California, from Castlehead Escrow Company's Pacific Business Bank account to Financial Enterprises' Bank of America account.

C. Visalia Property

14. On or about April 20, 2004, defendant JUSTIN WILEY caused the transfer of title for a home in Visalia, California from homeowner K.J. to a straw buyer.

15. On or about May 12, 2004, after title for homeowner K.J. of Visalia, California had been transferred to a straw buyer, defendants JUSTIN WILEY and CHARLES HEAD caused the filing of a loan application, containing materially false information, with a mortgage company.

16. On or about May 18, 2004, defendants CHARLES HEAD and JUSTIN WILEY caused the wiring of $81,153.22, the proceeds of their transaction with homeowner K.J. of Visalia, California, from Castlehead Escrow Company's Pacific Business Bank account to Financial Enterprises' Bank of America account.

D. Tulare Property

17. On or about May 4, 2004, defendants JEREMY MICHAEL HEAD and SARAH MATTSON caused the transfer of title for a home in Tulare, California from homeowner M.S. to a straw buyer, namely, defendant SARAH MATTSON.

18. On or about June 7, 2004, after title for homeowner M.S., of Tulare, California, had been transferred to defendant SARAH MATTSON, defendants CHARLES HEAD, JEREMY MICHAEL HEAD, and

SARAH MATTSON caused the filing of loan applications, containing materially false information, with a mortgage company.

19. On or about June 17, 2004, defendants CHARLES HEAD, JEREMY MICHAEL HEAD, and SARAH MATTSON caused the wiring of $28,070.59, the proceeds of their transaction with homeowner M.S. of Tulare, California, from Castlehead Escrow Company's Pacific Business Bank account to Financial Enterprises' Bank of America account.

E. <u>Modesto Property</u>

20. On or about February 16, 2005, defendants CHARLES HEAD and DOMONIC McCARNS caused the transfer of title for a home in Modesto, California from homeowner D.R. to a straw buyer.

21. On or about March 7, 2005, after title for homeowner D.R.'s Modesto, California property had been transferred to a straw buyer, defendants CHARLES HEAD and DOMONIC McCARNS caused the filing of loan applications, containing materially false information, with a mortgage company.

22. On or about March 15, 2005, defendants CHARLES HEAD and DOMONIC McCARNS caused the wiring of $37,985.18, the proceeds of their transaction with homeowner D.R. of Modesto, California, from Castlehead Escrow Company's Pacific Business Bank account to Creative Loans' Pacific Mercantile Bank.

F. <u>Tracy Property</u>

23. On or about October 7, 2004, defendants OMAR SANDOVAL, XOCHITL SANDOVAL, and EDUARDO VANEGAS caused the transfer of the title for a home in Tracy, California from homeowners L.M. and J.M. to a straw buyer, namely, defendant EDUARDO VANEGAS.

24. On or about November 12, 2004, after title for

homeowners L.M. and J.M. of Tracy, California had been transferred to defendant EDUARDO VANEGAS, defendants CHARLES HEAD, OMAR SANDOVAL, XOCHITL SANDOVAL, and EDUARDO VANEGAS caused the filing of a loan application, containing materially false information, with a mortgage company.

25. On or about November 22, 2004, defendants CHARLES HEAD OMAR SANDOVAL, XOCHITL SANDOVAL, and EDUARDO VANEGAS caused the wiring of $68,933.66, the proceeds of their transaction with homeowners L.M. and J.M. of Tracy, California, from Castlehead Escrow Company's Pacific Business Bank account to Statewide's Bank of America account.

G. <u>San Bernadino Property</u>

26. On or about June 3, 2004, defendants CHARLES HEAD, LEONARD BERNOT, and AKEMI BOTTARI caused the wiring of $72,578.07, the proceeds of their transaction with homeowner T.W. of San Bernadino, California, from Castlehead Escrow Company's Pacific Business Bank account to Dynamic Partners' Wells Fargo Bank account.

H. <u>Los Angeles Property</u>

27. On or about June 15, 2004, defendants CHARLES HEAD, AKEMI BOTTARI and XOCHITL SANDOVAL caused the wiring of $60,166.44, the proceeds of their transaction with homeowner M.R. of Los Angeles, California, from Castlehead Escrow Company's Pacific Business Bank account to ~~Bridge Capital's~~ DYNAMIC PARTNERS' MJ. Wells Fargo Bank account.

I. <u>Long Beach Property</u>

28. On or about August 24, 2004, defendants CHARLES HEAD, ANDREW VU, and AKEMI BOTTARI caused the wiring of $118,702.58,

the proceeds of their transaction with homeowner J.B. of Long Beach, California, from Castlehead Escrow Company's Pacific Business Bank account to Dynamic Partners' Wells Fargo bank account.

J. Porterville Property

29. On or about December 9, 2004, defendant JEREMY MICHAEL HEAD caused the transfer of title for a home in Porterville, California from homeowner E.S. to a straw buyer.

30. On or about January 5, 2005, after title for homeowner E.S. of Porterville, California had been transferred to a straw buyer, defendants JEREMY MICHAEL HEAD and CHARLES HEAD caused the filing of loan applications containing materially false information with a mortgage company.

31. On or about January 12, 2005, defendants JEREMY MICHAEL HEAD and CHARLES HEAD caused the wiring of $66,518.95, the proceeds of their transaction with homeowner E.S. of Porterville, California, from Castlehead Escrow Company's Pacific Business Bank account to Financial Enterprises' Bank of America account.

K. El Cerrito Property

32. On or about December 2, 2004, defendants ELHAM ASSADI and CHARLES HEAD caused the wiring of $132,523.78, the proceeds of their transaction with homeowner L.D. of El Cerrito, California, from Castlehead Escrow Company's Pacific Business Bank account to Bridge Capital's Bank of America account.

All in violation of Title 18, United States Code, Sections

///

///

///

1956(h) and 2.

DATED: February 28, 2008

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

MCGREGOR W. SCOTT
United States Attorney

No. 2:08-CR-0093 FCD

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

CHARLES HEAD, JEREMY MICHAEL HEAD, ELHAM ASSADI JOUZANI, a.k.a. ELHAM ASSADI, LEONARD BERNOT, AKEMI BOTTARI, JOSHUA COFFMAN, JOHN CORCORAN, SARAH MATTSON, DOMONIC McCARNS, ANH NGUYEN, OMAR SANDOVAL. .XOCHITL SANDOVAL, EDUARDO VANEGAS, ANDREW VU, JUSTIN WILEY, and KOU YANG.

## INDICTMENT

**VIOLATIONS:** 18 U.S.C. § 371 - Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341 - Mail Fraud; 18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering

*A true bill,*

/s/

*Foreman.*

*Filed in open court this* 28th *day*

*of* February, *A.D. 20* 08

M. Casagran

*Clerk.*

*Bail, $* WARRANT: NO BAIL PENDING HEARING - Charles Head + Dominic McCarns

Summons for all other Ds only once Charles Head is arrested

GPO 863 525

GJ Moller

**PENALTY SLIP**

**COUNT 1:** 18 U.S.C. § 371 - Conspiracy to Commit Mail Fraud

DEFENDANTS:

| | | |
|---|---|---|
| CHARLES HEAD | JEREMY HEAD | ELHAM ASSADI |
| LEONARD BERNOT | AKEMI BOTTARI | JOSHUA COFFMAN |
| JOHN CORCORAN | SARAH MATTSON | DOMONIC McCARNS |
| ANH NGUYEN | OMAR SANDOVAL | XOCHITL SANDOVAL |
| ANDREW VU | JUSTIN WILEY | KOU YANG |

PENALTY: Not more than 5 years imprisonment, or
Not more than $250,000 fine*, or both
Not more than 3 years of supervised release

*possibility of alternative fine based on gain or loss
18 U.S.C. § 3571(e)

**COUNTS 2-12:** 18 U.S.C. § 1341 - Mail Fraud

DEFENDANTS:

| | | |
|---|---|---|
| CHARLES HEAD | JEREMY HEAD | LEONARD BERNOT |
| JOSHUA COFFMAN | JOHN CORCORAN | SARAH MATTSON |
| DOMONIC McCARNS | OMAR SANDOVAL | JUSTIN WILEY |

PENALTY: Not more than 20 years imprisonment, or
Not more than $250,000 fine*, or both
Not more than 3 years of supervised release

*possibility of alternative fine based on gain or loss
18 U.S.C. § 3571(e)

**COUNT 13:** 18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering

DEFENDANTS:

| | | |
|---|---|---|
| CHARLES HEAD | JEREMY HEAD | ELHAM ASSADI |
| LEONARD BERNOT | AKEMI BOTTARI | JOSHUA COFFMAN |
| JOHN CORCORAN | SARAH MATTSON | DOMONIC McCARNS |
| ANH NGUYEN | OMAR SANDOVAL | XOCHITL SANDOVAL |

2:08-CR-0093 FCD

EDUARDO VANEGAS ANDREW VU JUSTIN WILEY

KOU YANG

PENALTY: Not more than 10 years imprisonment, or
Not more than $500,000 fine*, or both
Not more than 3 years of supervised release

*possibility alternative fine of not more than twice the amount of the criminally derived property involved in the transaction
18 U.S.C. § 1957(b)(2)

Special
Assessment: $100 for each count for which defendant is convicted