McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

MAY 12 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CHARLES HEAD, et al.,<br><br>        Defendants. | 2:08-CR-093 FCD<br>2:08-CR-116 FCD<br><br>[PROPOSED] STIPULATION AND<br>PROTECTIVE ORDER BETWEEN<br>UNITED STATES AND CHARLES HEAD |

    Defendant Charles Head and Plaintiff, by and through their counsel of record, hereby agree and stipulate as follows:

    1.   This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

    2.   This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

    3.   Defense Counsel shall not disclose any of the discovery to any person other than their respective defendant/client, witnesses that they may be interviewing or preparing for trial, or attorneys,

1

1 law clerks, paralegals, secretaries, experts, and investigators
2 involved in the representation of his/her client.

3     4.   The discovery and information therein may only be used in
4 connection with the litigation of this case and for no other
5 purpose. The discovery is now and will forever remain the property
6 of the United States Government. Defense counsel will return the
7 discovery to the Government or certify that it has been shredded at
8 the conclusion of the case.

9     5.   Defense Counsel will store the discovery in a secure place
10 and will use reasonable care to ensure that it is not disclosed to
11 third persons in violation of this agreement.

12     6.   If Defense Counsel make, or cause to be made, any further
13 copies of any of the discovery, Defense Counsel will inscribe the
14 following notation on each copy: "U.S. Government Property; May Not
15 Be Used Without U.S. Government Permission."

16     7.   If Defense Counsel release custody of any of the
17 discovery, or authorized copies thereof, to any person described in
18 paragraph (3), Defense Counsel shall provide such recipients with
19 copies of this Order and advise that person that the discovery is
20 the property of the Unites States Government, that the discovery and
21 information therein may only be used in connection with the
22 litigation of this case and for no other purpose, and that an
23 unauthorized use of the discovery may constitute a violation of law
24 and/or contempt of court.

25     8.   Defense Counsel shall be responsible for advising his or
26 her respective defendant, employees and other members of the defense
27 team, and defense witnesses of the contents of this
28 ///

1 | Stipulation/Order.

3 | IT IS SO STIPULATED.

5 | DATED: 11 APR 2008

McGREGOR W. SCOTT
United States Attorney

By: _/s/ Ellen V. Endrizzi_
S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
Assistant U.S. Attorneys

11 | DATED: APRIL 16, 2008

By: _/s/ Scott Tedmon_
SCOTT TEDMON
Counsel for Defendant
CHARLES HEAD

15 | IT IS SO FOUND AND ORDERED.

17 | DATED: 5/9/08

_/s/ Frank C. Damrell, Jr._
HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3