UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CHARLES HEAD,

        Defendant.

NO. CR. S-08-0093 FCD
CR. S-08-0116 FCD

**ORDER**

----oo0oo----

The court is in receipt of a motion filed by defendant Charles Head in pro se on June 17, 2009. The defendant is represented by counsel, Mr. Scott Tedmon, and may file motions only through counsel.  Accordingly, the court refers the motion to defendant's counsel.

    IT IS SO ORDERED.

DATED: June 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1