LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHARLES HEAD, et al.,<br><br>　　　　　　Defendants. | Case No.: CR. S-08-093 FCD<br>　　　　　　　CR. S-08-116 FCD<br><br>STIPULATION AND ORDER RE: LIMITATION ON THE MAGISTRATE'S REVIEW OF THE RECORD AND PRIOR FILINGS RELATING TO THE BAIL HEARING OF DEFENDANT CHARLES HEAD |

　　　　The United States of America, through Assistant U.S. Attorney Ellen V. Endrizzi, and defendant Charles Head, through his counsel Scott L. Tedmon, hereby stipulate that as to the bail motion and detention hearing set for April 8, 2010 relating to defendant Charles Head, the Magistrate Judge presiding over the hearing shall only review and consider the following:

　　　　1. The pleadings, transcripts, docket entries, and pretrial service reports directly relating to the current bail motion of defendant Charles Head pending before the Court.

　　　　2. Regarding prior detention hearings for defendant Charles Head, the Magistrate Judge is specifically limited to reviewing the pleadings, transcripts, docket entries, and pretrial services reports from the following prior detention hearings:

　　　　　　　　March 21, 2008 - Central District of California

　　　　　　　　April 3, 2008 - Eastern District of California

　　　　Other than what is specifically listed above, no pleadings, exhibits, documents, written

1  arguments, oral arguments, pretrial services reports, court orders, docket entries, or other material
2  relating to defendant Charles Head shall be considered by the Magistrate Judge at the April 8, 2010
3  hearing on the issue of detention.
4      In the same regard, as it relates to past pretrial services reports, the Pretrial Services Office
5  shall only provide the Magistrate Judge with pretrial services reports generated for the following
6  detention hearings of defendant Charles Head:
7          March 21, 2008 - Central District of California
8          April 3, 2008 - Eastern District of California
9      Any new pretrial services report prepared specifically for defendant Charles Head's April
10 8, 2010 detention hearing shall only reference the past pretrial services reports listed above.
11 **IT IS SO STIPULATED.**
12 DATED: April 1, 2010        BENJAMIN B. WAGNER
                                       United States Attorney
13
                                       /s/ Ellen V. Endrizzi
14                                      ELLEN V. ENDRIZZI
                                     Assistant U.S. Attorney
15
16 DATED: April 1, 2010        LAW OFFICES OF SCOTT L. TEDMON
17                                      /s/ Scott L. Tedmon
                                   SCOTT L. TEDMON
18                                    Attorney for Defendant Charles Head

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that as to the bail motion and detention hearing set for April 8, 2010 relating to defendant Charles Head, the Magistrate Judge presiding over the hearing shall only review and consider the following:

1. The pleadings, transcripts, docket entries, and pretrial service reports directly relating to the current bail motion of defendant Charles Head pending before the Court.

2. Regarding prior detention hearings for defendant Charles Head, the Magistrate Judge is specifically limited to reviewing the pleadings, transcripts, docket entries, and pretrial services reports from the following prior detention hearings:

    March 21, 2008 - Central District of California

    April 3, 2008 - Eastern District of California

Other than what is specifically listed above, no pleadings, exhibits, documents, written arguments, oral arguments, pretrial services reports, court orders, docket entries, or other material relating to defendant Charles Head shall be considered by the Magistrate Judge at the April 8, 2010 hearing on the issue of detention.

In the same regard, as it relates to past pretrial services reports, the Pretrial Services Office shall only provide the Magistrate Judge with pretrial services reports generated for the following detention hearings of defendant Charles Head:

    March 21, 2008 - Central District of California

    April 3, 2008 - Eastern District of California

Any new pretrial services report prepared specifically for defendant Charles Head's April 8, 2010 detention hearing shall only reference the past pretrial services reports listed above.

**IT IS SO ORDERED.**

DATED: April 2, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE