1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   1050 Fulton Avenue, Suite 218
3  Sacramento, California 95825
   Telephone: (916) 482-4545
4  Facsimile:  (916) 482-4550
   Email: tedmonlaw@comcast.net
5
   Attorney for Defendant
6  CHARLES HEAD

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,           )
                                        )
12                 Plaintiff,           )      Case No.: Cr. S-08-093 FCD
                                        )                Cr. S-08-116 FCD
13          v.                          )
                                        )      STIPULATION AND [PROPOSED]
14                                      )      ORDER RE: DEFENDANT CHARLES
                                        )      HEAD TRAVEL AUTHORIZATION
15  CHARLES HEAD, et al.,               )
                                        )
16                 Defendants.          )
                                        )
17  ─────────────────────────

18          The United States of America, through Assistant U.S. Attorney Matthew C. Stegman, and

19  defendant Charles Head, through his counsel Scott L. Tedmon, hereby stipulate as follows:

20          1.  Defendant Charles Head is currently under Pretrial Supervision and subject to the

21  GPS/Electronic Monitoring Program.  As such, Pretrial Services is not allowed to authorized

22  overnight stays without a Court order. As set forth below, the parties are requesting the Court to

23  authorize an employment-related overnight stay for defendant Charles Head.

24          2. Defendant Charles Head is employed full time by Home Healthcare Group, Inc., located

25  in Pittsburgh, Pennsylvania.  It is requested that defendant Charles Head be allowed to travel from

26  Pittsburgh, Pennsylvania to Camp Hill, Pennsylvania on Monday, October 25, 2010 to attend an

27  employment-related conference being held at the Radisson Penn Harris Hotel and Convention

28  Center.

1    3. As part of his need to attend the employment-related conference, it is requested that

2  defendant Charles Head be allowed to stay overnight the evening of Monday, October 25, 2010 at

3  the Radisson Penn Harris Hotel, Camp Hill, Pennsylvania.

4    4. It is requested that defendant Charles Head be allowed to attend the employment-related

5  conference on Tuesday, October 26, 2010. Upon completion of the conference on Tuesday, October

6  26, 2010, defendant Charles Head shall immediately return to his place of residence in Pittsburgh,

7  Pennsylvania.

8    U.S. Pretrial Services Officer Gina Faubion, Assistant United States Attorney Matthew C.

9  Stegman on behalf of the government, and Scott L. Tedmon on behalf of defendant Charles Head

10  jointly agree to the terms of this requested travel authorization.

11  **IT IS SO STIPULATED.**

12  DATED: October 22, 2010              BENJAMIN B. WAGNER
                                        United States Attorney

13
                                        /s/ Matthew C. Stegman
14                                      MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

15  DATED: October 22, 2010              LAW OFFICES OF SCOTT L. TEDMON
16
                                        /s/ Scott L. Tedmon
17                                      SCOTT L. TEDMON
                                        Attorney for Defendant Charles Head

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY

3  ORDERED that:

4      1. Defendant Charles Head is allowed to travel from Pittsburgh, Pennsylvania to Camp Hill,

5  Pennsylvania on Monday, October 25, 2010 to attend an employment-related conference being held

6  at the Radisson Penn Harris Hotel and Convention Center.

7      2. As part of his need to attend the employment-related conference, defendant Charles Head

8  is allowed to stay overnight the evening of Monday, October 25, 2010 at the Radisson Penn Harris

9  Hotel, Camp Hill, Pennsylvania..

10      3. Defendant Charles Head is allowed to attend the employment-related conference on

11  Tuesday, October 26, 2010.  Upon completion of the conference on Tuesday, October 26, 2010,

12  defendant Charles Head   shall immediately return to his place of residence in Pittsburgh,

13  Pennsylvania.

14  **IT IS SO ORDERED.**

15

16  DATED: October **22**, 2010

_____
UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28