LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> CHARLES HEAD, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: Cr. S-08-093 KJM <br> Cr. S-08-116 KJM <br><br> STIPULATION AND <br> ORDER RE: MODIFICATION OF <br> CONDITIONS OF SUPERVISED <br> RELEASE FOR CHARLES HEAD |

The United States of America, through Assistant U.S. Attorney Matthew C. Stegman, and defendant Charles Head, through his counsel Scott L. Tedmon, hereby stipulate as follows:

1. On May 5, 2010, defendant Charles Head was ordered released by then-Magistrate Judge Kimberly J. Mueller on bond totaling $313,000.  Mr. Head was released to the third-party custody of his father, Charles Head, Sr., and his step-mother, Georgetta Head, who lives in Pittsburgh, Pennsylvania.  In addition to the third-party custody provision, the Court imposed a condition to include home confinement with electronic monitoring and a GPS tracking device along with curfew as directed by Pretrial Services.  As an additional related condition,  the Court imposed a travel restriction which stated that when Mr. Head travels on a direct flight, he is to be accompanied to the airport security checkpoint by either his defense counsel or his third-party custodian.  This condition went on to state that if Mr. Head travels on a non-direct flight, Mr. Head is to be personally

1  accompanied by either defense counsel or the third-party custodian throughout the duration of the
2  flight.

3        2.  Upon his release, Mr. Head traveled to Pittsburgh, Pennsylvania, where he resides with
4  his father and step-mother, who are the third-party custodians.   Pretrial Services Officer John
5  Kuklar, who is supervising Mr. Head in Pittsburgh, reports that over the past eleven months, Mr.
6  Head has complied with his pretrial release conditions, and has secured full-time employment with
7  Home Healthcare Group, Inc., located in Pittsburgh, Pennsylvania. Pretrial Services Officer Kuklar
8  also reports that Mr. Head has been compliant in his supervision and has been reporting to Pretrial
9  Services.  In light of Mr. Head's performance over the past eleven months, Pretrial Services Officer
10 Kuklar and Pretrial Services Officer Gina Faubion, who is in charge of Mr. Head's case in
11 Sacramento, agree it is no longer necessary to continue Mr. Head on home confinement, which
12 includes electronic monitoring, GPS tracking and a curfew, or continue the air travel restrictions
13 which require defense counsel or the third-party custodian to travel with Mr. Head.  As such, both
14 Mr. Kuklar and Ms. Faubion request that conditions 4 and 14 of the Mr. Head's Amended Special
15 Conditions dated May 4, 2010 be removed.

16       3.  Mr. Kuklar and Ms. Faubion request that all other conditions remain in full force and
17 effect, with the exception that condition 1 of Mr. Head's Amended Special Conditions dated May
18 4, 2010 be modified to require that Mr. Head report **in person** to his Pretrial Services Officer on a
19 **weekly basis** as directed by the Pretrial Services Agency.  The parties have attached a copy of
20 Pretrial Services proposed Second Amended Special Conditions of Release for the Court's review.

21       4.  Defense counsel Scott L. Tedmon has reviewed all 13 conditions of Pretrial Services
22 proposed Second Amended Special Conditions of Release with Mr. Head.  Mr. Tedmon reports that
23 Mr. Head understands, accepts, and agrees to abide by each and every proposed condition contained
24 therein.

25       5.  Based on the foregoing, Pretrial Services Officers Gina Faubion and John Kuklar,
26 Assistant United States Attorney Matthew C. Stegman on behalf of the government, and Scott L.
27 Tedmon on behalf of defendant Charles Head, jointly agree and stipulate to this request for
28 modification of the conditions of pretrial release for defendant Charles Head.  Further, all parties

confirm they have reviewed the attached Second Amended Special Conditions of Release and agree to all 13 conditions contained therein.

**IT IS SO STIPULATED.**

DATED: March 28, 2011             BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney

DATED: March 28, 2011             LAW OFFICES OF SCOTT L. TEDMON

                                   /s/ Scott L. Tedmon
                                  SCOTT L. TEDMON
                                  Attorney for Defendant Charles Head

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that:

1. The request for modification of the Special Conditions of Release for defendant Charles Head is GRANTED.

2. The attached Second Amended Special Conditions of Release are adopted by this Court and are ordered filed.  The Second Amended Special Conditions of Release supersede all previous conditions of release for defendant Charles Head and are effective immediately.

3. A copy of this Order, along with the attached Second Amended Special Conditions of Release is to be provided to defendant Charles Head.  Pretrial Services Officer John Kuklar shall personally review this Order and the Second Amended Special Conditions of Release with Mr. Head, and then secure Mr. Head's signature confirming that Mr. Head understands each condition, accepts each condition, and agrees to abide by each condition.

**IT IS SO ORDERED.**

DATED: March  29 , 2011           /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE