LAW OFFICES OF SCOTT L. TEDMON
SCOTT L. TEDMON, CA BAR NO. 96171
A Professional Corporation
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile: (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-08-093-KJM |
| Plaintiff, | APPLICATION FOR TRANSPORTATION ORDER; |
| vs. | [PROPOSED] ORDER FOR TRANSPORTATION |
| CHARLES HEAD, et al., | PURSUANT TO 18 U.S.C. 4285 |
| Defendants. | |

**Procedural History**

In this matter, defendant Charles Head has his trial confirmation hearing on March 20, 2013 at 9:00 a.m.  Undersigned court-appointed counsel for Mr. Head has been advised that U.S. District Judge Kimberly J. Mueller requires Mr. Head's personal appearance at the trial confirmation hearing.  Mr. Head resides in Pittsburgh, Pennsylvania and is unable to afford transportation to and from the trial confirmation hearing where his personal appearance is required.

- 1 -

**Application**

Application is hereby made for an Order for Transportation and subsistence for defendant Charles Head to enable him to attend his trial confirmation hearing in the above-referenced matter scheduled for March 20, 2013 at 9:00 a.m. before the Honorable Kimberly J. Mueller.

Mr. Head has advised counsel that he is unable to afford travel and is requesting that transportation be arranged for his one-way travel from Pittsburgh, Pennsylvania to Sacramento, California on March 19, 2013 so that he may confer with counsel after his arrival and before the trial confirmation hearing. Mr. Head requests that transportation be arranged for his one-way travel after the hearing from Sacramento, California to Pittsburgh, Pennsylvania on March 21, 2013.

Wherefore, in the interests of justice, the Court is requested to arrange for Charles Head's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required; to direct the United States Marshal to furnish Charles Head with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. Section 4285.

Dated: March 14, 2013            Respectfully Submitted,
                                 LAW OFFICES OF SCOTT L. TEDMON

                                 /s/ Scott L. Tedmon
                                 SCOTT L. TEDMON
                                 Attorney for Defendant
                                 Charles Head

**ORDER [PROPOSED]**

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Charles Head, with one-way transportation from Pittsburgh, Pennsylvania to Sacramento, California on March 19, 2013 for Mr. Head's appearance at his trial confirmation hearing on March 20, 2013 at 9:00 a.m. in the United States District Court for the Eastern District of California; and subsistence not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code; and for Mr. Head's one-way return after the trial confirmation hearing from Sacramento, California to Pittsburgh, Pennsylvania on March 21, 2013.

Mr. Head is indigent and financially unable to travel to Sacramento, California and return to Pittsburgh, Pennsylvania without transportation expenses.  This request is authorized pursuant to 18 U.S.C. Section 4285.

**IT IS SO ORDERED.**

Dated: March 15, 2013.

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE