LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
CHARLES HEAD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>CHARLES HEAD, et al.,<br><br>              Defendants. | Case Nos. 2:08-CR-093 & 116-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXONERATION OF SECURED AND UNSECURED BAIL FOR DEFENDANT CHARLES HEAD** |

The United States of America, by and through Assistant United States Attorney Michael D. Anderson, and defendant Charles Head, by and through counsel Scott L. Tedmon, hereby agree and stipulate to the exoneration of the secured and unsecured bail for defendant Charles Head.  The basis for this stipulation is as follows:

1. On April 29, 2010, defendant Charles Head was ordered released on a combination of secured and unsecured bail in the aggregate amount of $313,000.

2. On August 7, 2013, defendant Charles Head was detained without bail by United States Magistrate Judge Allison Claire.

3. Defendant Charles Head currently remains in custody without bail.

4. Given defendant Charles Head's no bail detention, there is no need for the posted secured and unsecured bail to remain in effect.

Based on the foregoing, the undersigned parties agree and stipulate the heretofore posted secured and unsecured bail on behalf of defendant Charles Head be exonerated.

**IT IS SO STIPULATED**.

DATED:  September 26, 2013          BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Michael D. Anderson
                                    MICHAEL D. ANDERSON
                                    Assistant United States Attorney

DATED:  September 26, 2013          LAW OFFICES OF SCOTT L. TEDMON

                                    /s/ Scott L. Tedmon
                                    SCOTT L. TEDMON
                                    Attorney for Defendant Charles Head

### ORDER

**GOOD CAUSED APPEARING** and based on the foregoing stipulation, it is hereby ordered the secured and unsecured bail posted on behalf of defendant Charles Head is hereby exonerated.

**IT IS SO ORDERED.**

**Dated:  September 27, 2013**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order                    Case Nos. 2:08-CR-093 & 116-KJM