IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>CHARLES HEAD,<br><br>Defendant. | Case №:2:08-cr-0093 KJM<br>Case №:2:08-cr-0116 KJM<br><br>**O R D E R<br>APPOINTING COUNSEL** |

    This court relieved Scott Tedmon as counsel of record at the conclusion of the sentencing hearing on September 3, 2014. CJA Appeal Panel attorney Barry L. Morris is hereby appointed for the appeal effective September 16, 2014, the date the Office of the Federal Defender first contacted him.

DATED: 9/16/2014

_____
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL            1