H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net


Attorney for Defendant
ELHAM ASSADI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. 2:08-CR-93-KJM |
|---|---|
| Plaintiff, | DEFENDANT ELHAM ASSADI'S SENTENCING MEMO |
| vs. | |
| ELHAM ASSADI, ET. AL. | DATE: Nov. 12, 2014<br>Time: 9:00 AM |
| Defendants. | |

COMES NOW defendant ELHAM ASSADI, together with counsel, and represents to the Court that they each have read the Pre-Sentence Report [PSR] and discussed it. Defendant and counsel have no objections to either the PSR or the sentencing recommendation from Probation.

Dated: Nov. 9, 2014        s./ H. Dean Steward

                           H. Dean Steward

                           Counsel for Defendant

                           Elham Assadi

- 1 -

I. SENTENCING POSITION

　　Further supporting the recommendation from Probation, and constituting factors under 18 USC §3553(a) are the following:

*1. First to Accept Responsibility and Settle her Case-* of the 17 defendants in the two related cases, Ms. Assadi was the first individual to accept responsibility for her conduct, sign a plea agreement and agree to assist the government in its prosecution of Charles Head.

*2. Extremely Brief Participation-* Ms. Assadi's association with Charles Head lasted approximately 3 weeks. While the plea agreement, the PSR and the government are all in accord that the 4 level reduction for minimal role is appropriate, the micro-short time Ms. Assadi worked with Head is startling, and is a mitigating factor.

*3. Family Situation is Dire-* As the PSR well points out, there is simply no one to care for Ms. Assadi's two young children if she were to be incarcerated. The two fathers of the children are unavailable, one due to the continuing bitter nature of the break up of the marriage to Ms. Assadi, and the other due to the time demands of his work. The PSR also correctly details that most of the close family she has reside in Germany.

　　The defense recognizes that the Guidelines discourage any departure for family responsibilities. However, the Application

note 1(B) to Guideline §5H1.6 lists factors to consider. They include:

► Loss of essential caretaking of a family member
► Loss of caretaking substantially exceeds "the harm ordinarily incident to incarceration"
► No remedial or "ameliorative" programs available
► A departure will address the loss of caretaking

Each factor, applied in Ms. Assadi's case, suggests a downward departure or variance. A variance under these facts is fair and reasonable. *U.S. v. Munoz-Nava* 524 F.3rd 1137 (10th Cir. 2008), (affirming downward variance where defendant was the primary caregiver and sole supporter of his 8 year old son, and the sole support of his ailing parents).

*4. Victim Impact Statement-* Ms. Assadi has reviewed the victim statement from R.F., p. 36 of the 62 pages submitted to the Court. This appears to be the only mention of Ms. Assadi in the material. Ms. Assadi maintains that she feels great sorrow for the losses she caused in the scheme, but Ms. Assadi did not deal with R.F. and had no contact with him what-so-ever. That he refers to her as **MR.** Assadi speaks to the general nature of his heart-felt letter.

*5. Successful Pre-Trial Supervision for More than 5 Years-* Ms. Assadi has been on Pre-Trial Services supervision since April of 2008. She has had no issues or problems that entire time.

- 3 -

*6. Guideline §5K1.1-* The defense anticipates a government motion under this section of the Guidelines.

/

II. CONCLUSION

For the reasons set out above, and for those contained in the PSR, the defense suggests that the sentence recommended by Probation is fair and reasonable, under these unique facts and with this unique defendant.

Dated: Nov. 9, 2014         s./ H. Dean Steward
                            H. Dean Steward
                            Counsel for Defendant
                            Elham Assadi

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

The undersigned hereby certifies that he is an attorney licensed by the State of California and the State of Hawaii, and is a person of such age and discretion as to be competent to serve papers, and is not a party to the matter.

On Nov. 9, 2014, he served by e-mail the attached:

**SENTENCING MEMO**

Upon the interested parties in said action by e-mailing the documents to:

**AUSA Michael Anderson**

**AUSA Matthew C. Stegman**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-9-14

s./ H. Dean Steward

H. Dean Steward