BARRY L. MORRIS, State Bar No. 48368
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone:  925.934.1100
Facsimile:    925.934-1122

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 2:08-CR-093-KJM |
|---|---|
| Plaintiff, | ) Case No. 2:08-CR-116-KJM |
| vs. | ) **APPLICATION TO EXONERATE BAIL AND ORDER** |
| CHARLES HEAD, et. al. | ) |
| Defendants. | ) |

    Defendant, CHARLES HEAD, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure his release in the above-entitled cases. Defendant is making this application on the ground that the lien in favor of the Clerk of Court on the real property posted to secure defendant's release has not been extinguished and remains a cloud on title.

Dated:  April 30, 2015                   Respectfully submitted,

                                       /s/  Barry L. Morris
                                       BARRY L. MORRIS
                                       Attorney for Charles Head

**ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that the bail posted in case number 2:08-CR-093-KJM and in case number 2:08-CR-116-KJM to secure the defendant's release is EXONERATED.

Dated:  May 1, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE