UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES HEAD,<br><br>    Defendant. | No. 2:08-cr-0093 KJM AC |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES HEAD,<br><br>    Defendant. | No. 2:08-cr-0116 KJM AC<br><br>ORDER |

Defendant Charles Head, a federal prisoner proceeding pro se with post-conviction challenges under 28 U.S.C. § 2255 in both of the above-captioned cases, has filed a motion requesting authorization of CJA office assistance in both cases. Head I, No. 2:08-cr-0093 KJM AC, ECF No. 1672; Head II, No. 08-cr-0116 KJM AC, ECF No. 920. Defendant seeks assistance related to various requests for discovery and CJA funding that were pending when defendant

submitted the instant motion.  In light of the November 22, 2019 order denying movant's various requests for discovery and ancillary services under the CJA (Head I, No. 2:08-cr-0093 KJM AC, ECF No. 1671; Head II, No. 08-cr-0116 KJM AC, ECF No. 919), the motion for assistance is moot.

      Accordingly, IT IS HEREBY ORDERED that the motion requesting authorization of CJA office assistance (Head I, No. 2:08-cr-0093 KJM AC, ECF No. 1672; Head II, No. 08-cr-0116 KJM AC, ECF No. 920) is DENIED as moot.

DATED: November 22, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE