ERIN J. RADEKIN
Attorney at Law – SBN 214964
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
CHARLES CHRISTOPHER HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:08-CR-00093-KJM-AC, |
| --- | --- |
| Plaintiff, | 2:08-CR-00116-KJM-AC |
| v. | **ORDER RE REQUEST TO FILE EXHIBIT A OF EMERGENCY MOTION FOR COMPASSIONATE RELEASE** |
| CHARLES CHRISTOPHER HEAD, | |
| Defendant. | |

**ORDER**

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit A of defendant's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)—to wit, the defendant's medical records—shall be sealed under further order of this court. See *Chester v. King*, No. 116-cv-01257, 2019 WL 5420213, at *2 (E.D. Cal. Oct. 23, 2019) ("This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a 'compelling reason' for sealing records.").

DATED: May 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1