**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CHARLES HEAD,** <br><br> Defendant. | CASE NO. 2:08-CR-00093, 2:08-CR-00116 <br><br> **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: CHARLES HEAD'S MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Charles Head by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to set a briefing schedule pertaining to Mr. Head's motion to reduce sentence, or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 1728.

The parties agree and stipulate as follows:

1. Mr. Head's pro se motion under § 3582(c)(1)(A)(i) was filed on December 28, 2020. ECF No. 1728.

2. On March 4, 2021, the court expanded Ms. Radekin's appointment to include representation of Mr. Head in connection with a motion for compassionate release under § 3582(c)(1)(A)(i). ECF No. 1730.

3. On March 17, 2021, the court adopted the parties' proposed briefing schedule, which

1

provided that the opening brief would be filed on April 15, 2021, the government's brief 14 days after the opening motion, and any reply to the government's brief 7 days after the government's brief is filed.

3. The parties have conferred and agree to the following modification of the briefing schedule: Ms. Radekin is to file an opening motion pertaining to Mr. Head's motion to reduce sentence or for compassionate release no later than **April 22, 2021**. The government's opposition, or statement of non-opposition, is due **14 days after the opening motion or supplemental brief** is filed. Any reply to the government's brief is due **7 days after the government's brief** is filed.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 15, 2020

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Matthew Morris
MATTHEW MORRIS
Assistant United States Attorney

Dated: April 15, 2020

/s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
CHARLES HEAD

## ORDER

IT IS SO ORDERED this 5th day of May, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE