**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br>   Plaintiff, <br><br> v. <br><br> **CHARLES HEAD**, <br><br>   Defendant. | CASE NO. 2:08-CR-00093, 2:08-CR-00116 <br><br> **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: CHARLES HEAD'S MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Charles Head by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to modify the briefing schedule pertaining to Mr. Head's motion to reduce sentence, or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 1728.

The parties agree and stipulate as follows:

1. On May 6, 2021, the court ordered the initial briefing schedule modified so that the opening motion was due on April 22, 2021, the government's opposition was due 14 days thereafter, and any reply filed by Mr. Head was due seven days after the government's opposition was filed. ECF No. 1740.

2. The opening brief was timely filed on April 20, 2021. ECF No. 1734. The government filed its timely opposition on May 4, 2021. ECF No. 1736. Pursuant to the ordered briefing schedule, the

1

reply brief is due May 11, 2021.

3. The parties have conferred and agree to the following modification of the briefing schedule to enable Ms. Radekin to obtain additional information necessary to prepare the reply: Ms. Radekin is to file the reply brief by **May 18, 2021**.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 11, 2020
PHILLIP A. TALBERT
Acting United States Attorney

 /s/ Matthew Morris
MATTHEW MORRIS
Assistant United States Attorney

Dated: May 11, 2020
 /s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
CHARLES HEAD

## ORDER

IT IS SO ORDERED this 12th day of May 2021.

DATED: May 12, 2021.

CHIEF UNITED STATES DISTRICT JUDGE