UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:08-CR-00093-KJM |
|---|---|
| Plaintiff, | 2:08-CR-00116-KJM |
| v. | ORDER |
| Charles Christopher Head, | |
| Defendant. | |

Through his counsel, Mr. Head moves for compassionate release under 18 U.S.C. § 3582 (C)(1)(A)(i). Mot, ECF No. 1734. The government opposes on numerous grounds, including Mr. Head's refusal of the COVID-19 vaccine. *See generally* Opp'n, ECF No. 1736. As evidence of his refusal, the government cites a line in Mr. Head's medical records. *See* Opp'n at 2, 6, 10, (citing Head Medical Records at 58, ECF No. 1744-1 (under seal)). The page the government points to also provides: "inmate reports hx severe reaction to vaccination in past. PCP does not want inmate to receive COVID-19 vaccination due to this history." Head Medical Records at 58. In response, Mr. Head asserts in a declaration, signed under penalty of perjury, that the Bureau of Prisons is refusing to give him the vaccine. Reply at 2, 4, ECF No. 1746; *see also* Head Decl. ¶¶ 1, 6–10, ECF No. 1746-1.

**If the government wishes to respond to Mr. head's claim in his declaration, it may do so in a written filing within seven days.**

1

1    IT IS SO ORDERED.

2    DATED: June 24, 2021.

3

4

5

_____
CHIEF UNITED STATES DISTRICT JUDGE