UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/Respondent,<br><br>　　　v.<br><br>CHARLES HEAD,<br><br>　　　　　Defendant/Movant. | No.  2:08-cr-0093 KJM AC P<br><br><br><br>ORDER |

　　　Movant Charles Head is a federal prisoner proceeding with a motion pursuant to 28 U.S.C. § 2255.  ECF No. 1617.  All discovery-related motions have been referred to the undersigned.[1]  See ECF No. 1651 at 4-5.  Judge Mueller continues to handle all substantive post-trial motions in this case, including applications for collateral relief.  Id.

　　　On June 22, 2022, movant filed a motion to compel discovery of documents and of electronically stored information.  ECF No. 1801.  The court now sets the following briefing schedule:

////

////

////

---

[1] Discovery-related motions in United States of America v. Head, No. 2:08-cr-0116 ("Head II") have also been referred to the undersigned.  See Head II, ECF No. 899 at 4-5.

1

1. The United States shall file a response to movant's motion to compel discovery (ECF No. 1801) within ten days of the date of this order; and
2. Movant may file a reply brief within ten days thereafter.

IT IS SO ORDERED.

DATED: June 27, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE