UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CHARLES HEAD,<br><br>Movant. | No. 2:08-cr-0093 KJM AC P<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 1617. On July 22, 2022, petitioner filed a motion to stay this action on the grounds that his recent transfer to a different prison prevents him from timely filing a traverse. ECF No. 1813.

Petitioner's motion must be denied for several reasons. First, petitioner is neither required to nor entitled to file a reply. See Rules Governing § 2255 Cases, Rule 5(e) ("The petitioner may file a reply to the respondent's answer or other pleading."). Additionally, on March 15, 2022, the district judge assigned to this matter stated that after respondent filed its opposition to petitioner's motion to vacate, the matter would be deemed submitted. ECF No. 1773. On April 14, 2022, respondent filed its opposition to the motion to vacate. ECF No. 1780. Discovery motions petitioner has filed are also pending. ECF Nos. 1801, 1811, 1812.

////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to stay these proceedings (ECF No. 1813) is DENIED.

DATED: July 28, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE