UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>   v.<br><br>Charles Head,<br><br>                  Defendant. | No. 2:08-cr-00093-KJM-AC<br><br>ORDER |

Defendant Head asks the court to expand the record to include a sworn declaration submitted on September 1, 2022. Mot., ECF No. 1821. The government does not object and requests 60 days to file a supplemental opposition in accordance with Rule 7(c) of the Rules Governing § 2255 proceedings. The court **grants** Head's request to expand the records and the government's request for 60 days to file a response.

This order resolves ECF No. 1821.

IT IS SO ORDERED.

DATED: November 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1