UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0093 KJM AC P |
| Respondent, | |
| v. | ORDER |
| CHARLES HEAD, | |
| Movant. | |

Movant has requested the appointment of counsel. ECF No. 1837. In support of the motion, petitioner states that counsel is needed to assist him with accessing discovery documents needed to file a traverse in his Section 2255 action. Id. at 2-3, 5-6.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."

The filing of a traverse in a habeas action is optional. See Rule 5(e) Rules Governing § 2254 Cases (stating petitioner *may* file a reply to respondent's answer); see also Rule 1(b), Rules Governing § 2254 Cases (stating court may apply any and all Section 2254 rules to habeas petition not covered by Rule 1(a)). In this case, the court does not find that the interests of justice would be served by appointing counsel for petitioner.

////

1

     Accordingly, IT IS HEREBY ORDERED that movant's renewed request for appointment of counsel (ECF No. 1837) is DENIED.

DATED: December 22, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE