UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        v.<br><br>Charles Head,<br><br>                    Defendant. | No. 2:08-cr-00093-KJM-AC<br><br>ORDER |

The government asks this court to vacate its deadline set for the government's response to Head's motion to expand the record, Prior Order (Nov. 14, 2022), ECF No. 1835, and requests the court "set a briefing schedule with a deadline for Head to submit all supplemental material in support" of his 28 U.S.C. § 2255 motion, ECF No. 1841.  The court **grants** the government's request and sets a briefing schedule as follows:

1. Head shall file all supplemental briefing related to his § 2255 motion, ECF Nos. 1617, 1621, no later than 30 days from the filing date of this order.
2. The government shall file its responses to all motions no later than 30 days from the filing date of Head's supplemental briefings.
3. Head shall file replies to all responses, if any, no later than 21 days from the filing date of the government's responses, whereupon, the matters will be submitted.

/////

1

4. The court vacates the government's 60 day deadline to respond to Head's motion to expand the record.  Prior Order (Nov. 14, 2022).

IT IS SO ORDERED.

DATED: January 5, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE