PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHARLES HEAD,<br><br>　　　　　　Defendant. | CASE NO. 2:08-CR-00093-KJM<br>　　　　　　2:08-CR-00116-KJM<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

　　　On February 24, 2023, the Government requested an extension of time to file its response to Defendant's motion to adjust restitution payment schedule.

　　　IT IS HEREBY ORDERED the Government's request until March 6, 2023, to file its response is granted.

Dated: March 2, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1