PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00093-KJM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| CHARLES HEAD, | |
| Defendant. | |

On March 6, 2023, the Government requested an extension of time to file its response to Defendant's pending motions pursuant to 28 U.S.C. § 2255.

IT IS HEREBY ORDERED the Government's request until March 28, 2023, to file its response is granted.

Dated: March 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE