**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2024 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES HEAD,<br><br>Defendant. | CASE NO. 2:08-CR-00093, 2:08-CR-00116<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE RE: CHARLES HEAD'S SECOND MOTION FOR COMPASSIONATE RELEASE** |

      The United States and defendant Charles Head by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order setting a briefing schedule pertaining to Mr. Head's pro se second motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 1880.[1]

      The parties agree and stipulate as follows:

      1. On December 26, 2023, Mr. Head's pro se second motion for compassionate release was filed. ECF No. 1880.

      2. On February 20, 2024, the court appointed Ms. Radekin to represent Mr. Head relating to his second motion for compassionate release and to possibly file a supplemental brief supporting his pro se

---

[1] Citations to "ECF No." herein refer to docket entries in case number 2:08-CR-00093.

1

motion, or an amended motion for compassionate release. ECF No. 1888. Ms. Radekin mailed Mr. Head authorization forms to allow her to obtain his BOP medical records and inmate data and received the signed forms back. She has ordered those records, but does not yet have them. Ms. Radekin has also conferred with an investigator to direct her regarding obtaining declarations and preparing a release plan.

   3. The parties have conferred and agree to the following briefing schedule to enable Ms. Radekin to conduct further investigation, gather records, and prepare a supplemental brief or amended motion for compassionate release. Ms. Radekin is to file the supplemental brief or amended motion for compassionate release on or before **April 16, 2024**. The government will file its opposition or statement of non-opposition on or before **May 16, 2024**.

IT IS SO STIPULATED.

Dated: March 7, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

 /s/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney

Dated: March 7, 2024

 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
CHARLES HEAD

**ORDER**

   IT IS SO ORDERED.

DATED:  March 8, 2024.

CHIEF UNITED STATES DISTRICT JUDGE