**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
CHARLES HEAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHARLES HEAD,<br><br>                    Defendant. | CASE NO. 2:08-CR-00093, 2:08-CR-00116<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: CHARLES HEAD'S SECOND MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Charles Head by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule set pertaining to Mr. Head's pro se second motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 1880.[1]

The parties agree and stipulate as follows:

1. On December 26, 2023, Mr. Head's pro se second motion for compassionate release was filed.  ECF No. 1880.

2. On February 20, 2024, the court appointed Ms. Radekin to represent Mr. Head relating to his second motion for compassionate release and to possibly file a supplemental brief supporting his pro se

---

[1] Citations to "ECF No." herein refer to docket entries in case number 2:08-CR-00093.

1

1. motion, or an amended motion for compassionate release. ECF No. 1888.

3. On March 8, 2024, the court adopted the parties' stipulation as to the briefing schedule, which made Mr. Head's supplemental brief or amended motion for compassionate release due on or before April 16, 2024, and the government's opposition or statement of non-opposition due on or before May 16, 2024. ECF No. 1893.

4. To date, Ms. Radekin has obtained relevant records and also engaged in investigation into the basis for compassionate release as well as a release plan for Mr. Head. She has obtained letters from family and records pertaining to Mr. Head's son, Jayden (the basis for Mr. Head's second motion is the need for a caregiver for Jayden). Ms. Radekin has obtained Mr. Head's disciplinary data and other inmate records. Ms. Radekin needs additional time, however, to prepare and file the supplemental brief or amended motion for compassionate release.

5. Accordingly, the parties now stipulate the following modification of the briefing schedule: Mr. Head's supplemental brief or amended motion for compassionate release will be filed by May 16, 2024, and the government's opposition or statement of non-opposition due on or before June 15, 2024.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 12, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney

Dated: April 12, 2024

 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
CHARLES HEAD

/ / /

**ORDER**

Finding good cause, and pursuant to the parties' stipulation, the court amends the briefing schedule as follows: Mr. Head's supplemental brief or amended motion for compassionate release will be filed by May 16, 2024, and the government's opposition or statement of non-opposition will be due on or before June 14, 2024.

IT IS SO ORDERED.

DATED: April 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE