**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES HEAD,<br><br>Defendant. | CASE NO. 2:08-CR-00093, 2:08-CR-00116<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: CHARLES HEAD'S SECOND MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Charles Head by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule set pertaining to Mr. Head's pro se second motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 1880.[1]

The parties agree and stipulate as follows:

1. On December 26, 2023, Mr. Head's pro se second motion for compassionate release was filed. ECF No. 1880.

2. On February 20, 2024, the court appointed Ms. Radekin to represent Mr. Head relating to his second motion for compassionate release and to possibly file a supplemental brief supporting his pro se

---

[1] Citations to "ECF No." herein refer to docket entries in case number 2:08-CR-00093.

1

motion, or an amended motion for compassionate release.  ECF No. 1888.

3. On April 15, 2024, the court adopted the parties' request to modify the briefing schedule so that Mr. Head's supplemental brief or amended motion for compassionate release due on or before May 16, 2024, and the government's April 16, 2024, and the government's opposition or statement of non-opposition due on or before June 15, 2024.  ECF No. 1897.

4. At the time of the last stipulation to modify the briefing schedule, the undersigned believed she had all relevant documents; however, Ms. Radekin became aware after the stipulation that reports she had requested regarding police contacts with Jayden had not yet been received, though they were requested in writing pursuant to the pertinent agency's directions on March 20, 2024.  To date, Ms. Radekin has not received those reports, although she believes they are supportive of Mr. Head's motion for compassionate release.  Ms. Radekin has procured all other relevant documents.  She requests this extension to take further steps to obtain these reports.

5. Accordingly, the parties now stipulate the following modification of the briefing schedule: Mr. Head's supplemental brief or amended motion for compassionate release will be filed by **May 30, 2024**, and the government's opposition or statement of non-opposition due on or before **July 15, 2024**. IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 16, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney

Dated: May 16, 2024

 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
CHARLES HEAD

///

**ORDER**

Finding good cause and pursuant to the parties' stipulation, the court amends the briefing schedule as follows: Mr. Head's supplemental brief or amended motion for compassionate release will be filed by May 30, 2024, and the government's opposition or statement of non-opposition will be due on or before July 15, 2024.

**IT IS SO ORDERED.**

DATED: May 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE