**ERIN J. RADEKIN**
*Attorney at Law – SBN 214964*
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

*Attorney for Defendant*
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**CHARLES HEAD,**<br><br>                    Defendant. | CASE NO. 2:08-CR-00093, 2:08-CR-00116<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: CHARLES HEAD'S SECOND MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Charles Head by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule set pertaining to Mr. Head's pro se second motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 1880.[1]

The parties agree and stipulate as follows:

1. On December 26, 2023, Mr. Head's pro se second motion for compassionate release was filed. ECF No. 1880. The primary basis for the motion is that Mr. Head's son, Jayden, has special needs and Jayden's current caregivers, Mr. Head's parents, due to their age and serious health conditions, are unable to continue to care for Jayden.

---
[1] Citations to "ECF No." herein refer to docket entries in case number 2:08-CR-00093.

1

2. On February 20, 2024, the court appointed Ms. Radekin to represent Mr. Head relating to his second motion for compassionate release and to possibly file a supplemental brief supporting his pro se motion, or an amended motion for compassionate release. ECF No. 1888.

3. On July 3, 2024, the court adopted the parties' request to modify the briefing schedule so that Mr. Head's supplemental brief or amended motion for compassionate release due on or before July 26, 2024, and the government's opposition or statement of non-opposition is due on or before August 30, 2024. At the time of the last stipulation, all medical records of Mr. Head's parents had been ordered but not all have been received. To date, the undersigned has obtained approximately 5,000 pages of medical records for Mr. Head's parents, and there are some records she has not yet received. July 25, 2024. The records are necessary to document Jayden's current caregivers' serious medical conditions and supportive of compassionate release for Mr. Head.

4. The defense requests this extension in order to obtain all relevant medical records, for her assistant to organize the records and for the undersigned to review those records, and to prepare and file the supplemental brief or amended motion for compassionate release. In light of the volume of the records, the fact that some have still not been received, and the fact that obtaining these records is taking longer than originally anticipated, the defense requests an additional 60 days.

///

5. Accordingly, the parties now stipulate the following modification of the briefing schedule: Mr. Head's supplemental brief or amended motion for compassionate release will be filed by **September 24, 2024**, and the government's opposition or statement of non-opposition due on or before **October 29, 2024**.

IT IS SO STIPULATED.

                                                                       *Respectfully submitted,*

*Dated: July 26, 2024*                                        PHILLIP A. TALBERT
                                                                        United States Attorney

                                                                       */s/ Michael Anderson*
                                                                       MICHAEL ANDERSON
                                                                       Assistant United States Attorney

*Dated: July 26, 2024*                                        */s/ Erin J. Radekin*
                                                                       ERIN J. RADEKIN
                                                                       Attorney for Defendant
                                                                       CHARLES HEAD

***ORDER***

Finding good cause and pursuant to the parties' stipulation, the court amends the briefing schedule as follows: Mr. Head's supplemental brief or amended motion for compassionate release will be filed by **September 24, 2024**, and the government's opposition or statement of non-opposition will be due on or before **October 29, 2024.**

IT IS SO ORDERED.

Dated:  July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4