**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2024 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES HEAD,**<br><br>Defendant. | CASE NO. 2:08-CR-00093, 2:08-CR-00116<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: CHARLES HEAD'S SECOND MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Charles Head by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule set pertaining to Mr. Head's pro se second motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 1880.[1]

The parties agree and stipulate as follows:

1. On December 26, 2023, Mr. Head's pro se second motion for compassionate release was filed. ECF No. 1880. The primary basis for the motion is that Mr. Head's son, Jayden, has special needs and Jayden's current caregivers, Mr. Head's parents, due to their age and serious health conditions, are unable to continue to care for Jayden.

---

[1] Citations to "ECF No." herein refer to docket entries in case number 2:08-CR-00093.

1

2. On February 20, 2024, the court appointed Ms. Radekin to represent Mr. Head relating to his second motion for compassionate release and to possibly file a supplemental brief supporting his pro se motion, or an amended motion for compassionate release.  ECF No. 1888.

3. On July 26, 2024, the court adopted the parties' request to modify the briefing schedule so that Mr. Head's supplemental brief or amended motion for compassionate release is due on or before September 24, 2024, and the government's opposition or statement of non-opposition is due on or before October 29, 2024.  ECF No. 1908.  At the time of the last stipulation, all medical records of Mr. Head's parents had been ordered but not all have been received.  To date, the undersigned has obtained approximately 5,000 pages of medical records for Mr. Head's parents.  The records are necessary to document Jayden's current caregivers' serious medical conditions and supportive of compassionate release for Mr. Head.  Counsel was also on a long-planned vacation in the United Kingdom from July 29 to August 12, 2024 and while there contracted COVID-19.  She was positive for COVID-19 for 15 days in the month of August, resulting in a significant backlog of work.

4. The defense requests this extension in order to complete review of the medical records and to prepare and file the supplemental brief or amended motion for compassionate release.

5. Accordingly, the parties now stipulate the following modification of the briefing schedule: Mr. Head's supplemental brief or amended motion for compassionate release will be filed by **November 25, 2024**, and the government's opposition or statement of non-opposition due on or before **January 23, 2025.**

/ / /

IT IS SO STIPULATED.

Dated: September 24, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

 /s/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney

Dated: September 24, 2024

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
CHARLES HEAD

## ORDER

Finding good cause and pursuant to the parties' stipulation, the court amends the briefing schedule as follows: Mr. Head's supplemental brief or amended motion for compassionate release will be filed by **November 25, 2024**, and the government's opposition or statement of non-opposition will be due on or before **January 23, 2025**.

IT IS SO ORDERED.

Dated:   October 1, 2024.

UNITED STATES DISTRICT JUDGE