MICHELE BECKWITH
Acting United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:08-CR-00093-KJM |
| --- | --- |
| Plaintiff, | 2:08-CR-00116-KJM |
| v. | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| CHARLES HEAD, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On December 26, 2023, the defendant filed a successive motion for compassionate release. Docket Nos. 1880 (08-CR-00093), 1113 (08-CR-00116). On December 30, 2024, counsel for defendant filed an amended motion. Docket Nos. 1914 (08-CR-00093), 1144 (08-CR-00116). The government's response is currently due February 28, 2025. Docket Nos. 1913 (08-CR-00093), 1142 (08-CR-00116).

2. Counsel for the government requests additional time to obtain and review relevant records and make additional revisions to the government's response to the defendant's motion after reviewing those records. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

STIPULATION RE BRIEFING SCHEDULE; ORDER     1

     a)    The government's response to the defendant's motion to be filed on or before March 31, 2025;

     b)    The defendant's reply to the government's response to be filed on or before April 30, 2025.

IT IS SO STIPULATED.

Dated: February 24, 2025                           MICHELE BECKWITH
                                                    Acting United States Attorney

                                                    /s/ MICHAEL D. ANDERSON
                                                    MICHAEL D. ANDERSON
                                                    Assistant United States Attorney

Dated: February 24, 2025                           /s/ ERIN J. RADEKIN
                                                    ERIN J. RADEKIN
                                                      Counsel for Defendant
                                                      CHARLES HEAD

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

     a)    The government's response to the defendant's motion, Docket Nos. 1914 (08-CR-00093), 1113 (08-CR-00116), is due on or before March 31, 2025; and

     b)    The defendant's reply to the government's response, if any, is due on April 30, 2025.

IT IS SO FOUND AND ORDERED this 3rd day of March, 2025.

                                                    UNITED STATES DISTRICT JUDGE