**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2024 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
CHARLES HEAD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CHARLES HEAD**, <br><br> Defendant. | CASE NO. 2:08-CR-00093, 2:08-CR-00116 <br><br> **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: CHARLES HEAD'S SECOND MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Charles Head by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule set pertaining to Mr. Head's second motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF Nos. 1880, 1914.[1]

The parties agree and stipulate as follows:

1. On December 26, 2023, Mr. Head's pro se second motion for compassionate release was filed. ECF No. 1880.

2. On February 20, 2024, the court appointed Ms. Radekin to represent Mr. Head relating to his second motion for compassionate release and to possibly file a supplemental brief supporting his pro se

---

[1] Citations to "ECF No." herein refer to docket entries in case number 2:08-CR-00093.

1

motion, or an amended motion for compassionate release. ECF No. 1888.

3. On December 30, 2024 Mr. Head filed a counseled motion for compassionate release under § 3582(c)(1)(A)(i). ECF No. 1914.

4. On March 31, 2025, the government filed its opposition to Mr. Head's second motion for compassionate release. ECF No. 1921.

5. Pursuant to the parties' stipulation adopted by the Court on March 4, 2025, Mr. Head's reply to the government's opposition is due on April 30, 2025. ECF No. 1918.

6. Mr. Head intends to file a reply brief, however, he needs additional time to do so. On April 28, 2025, Mr. Head contacted Ms. Radekin and requested that she set up a legal call with him to discuss preparation of the reply brief. Ms. Radekin's assistant is in the process of setting up that call. Further, the defense needs time to conduct additional investigation, which is underway. The investigation was delayed after the filing of the government's opposition because the investigator who has so far conducted the investigation in this case was out of the country and then had a death in the family. Thus, Mr. Head requests an extension to file the reply brief.

7. Accordingly, the parties now stipulate to the following modification of the briefing schedule: Mr. Head's reply brief will be filed on or before **June 9, 2025**.

IT IS SO STIPULATED.                                           Respectfully submitted,

Dated: April 30, 2025                                          MICHELLE BECKWITH
                                                               Acting United States Attorney

                                                                /s/ Michael Anderson
                                                               MICHAEL ANDERSON
                                                               Assistant United States Attorney

Dated: April 30, 2025                                          /s/ Erin J. Radekin
                                                               ERIN J. RADEKIN
                                                               Attorney for Defendant
                                                               CHARLES HEAD

/ / /

**ORDER**

IT IS SO ORDERED.  Mr. Head's reply brief shall be filed on or before **June 9, 2025**.

DATED: May 6, 2025.

_____
UNITED STATES DISTRICT JUDGE