**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2024 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    v.<br><br>CHARLES HEAD,<br><br>                   Defendant. | CASE NO. 2:08-CR-00093, 2:08-CR-00116<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE: CHARLES HEAD'S SECOND MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Charles Head by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule set pertaining to Mr. Head's second motion to reduce sentence or for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF Nos. 1880, 1914.[1]

The parties agree and stipulate as follows:

1. On December 30, 2024 Mr. Head filed a motion for compassionate release under § 3582(c)(1)(A)(i). ECF No. 1914.

2. On March 31, 2025, the government filed its opposition to Mr. Head's second motion for compassionate release. ECF No. 1921.

---

[1] Citations to "ECF No." herein refer to docket entries in case number 2:08-CR-00093.

1

3. Pursuant to the parties' stipulation adopted by the Court on Ma7 7, 2025, Mr. Head's reply to the government's opposition is due on June 9, 2025.  ECF No. 1924.

4. Mr. Head intends to file a reply brief, however, he needs additional time to do so.  The parties stipulated to the last extension to allow Ms. Radekin to conduct investigation, including obtaining declarations from family members regarding whether they have the resources to care for Mr. Head's minor son, an issue pertinent to Mr. Head's pending motion for compassionate release.  The investigation is substantially complete, however, there is additional investigation remaining that the investigator contemplates will require about 10 additional days.  Thus, Mr. Head requests an extension 10 days to file the reply brief.  The government does not oppose such extension.

5. Accordingly, the parties now stipulate to the following modification of the briefing schedule: Mr. Head's reply brief will be filed on or before **June 19, 2025**.

IT IS SO STIPULATED.                                Respectfully submitted,

Dated: June 6, 2025                                 MICHELLE BECKWITH
                                                    Acting United States Attorney

                                                    /s/ Michael Anderson
                                                    MICHAEL ANDERSON
                                                    Assistant United States Attorney

Dated: June 6, 2025                                 /s/ Erin J. Radekin
                                                    ERIN J. RADEKIN
                                                    Attorney for Defendant
                                                    CHARLES HEAD

**ORDER**

IT IS SO ORDERED this 6th day of June, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE